UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C/O LOPEZ, et al.,<br><br>　　　　Defendants. | 1:10-cv-00124-GSA-PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION BY A DISTRICT COURT JUDGE<br>(Doc. 60.) |

## I.　BACKGROUND

Gregory L. Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The parties to this action have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), authorizing the undersigned to conduct any and all proceedings in the case, including trial and entry of final judgment.  (Docs. 8, 24, 25.)

On December 12, 2013, the undersigned issued an order granting Defendants' motion for summary judgment, and judgment was entered in favor of Defendants, closing this case.  (Docs. 58, 59.)  On January 2, 2014, Plaintiff filed a motion for reconsideration of the order by a District Court Judge.  (Doc. 60.)

## II.　MOTION FOR RECONSIDERATION BY A DISTRICT COURT JUDGE

Plaintiff requests reconsideration by a District Court Judge of the Magistrate Judge's order granting Defendants' motion for summary judgment.  Plaintiff is not entitled to review by

a District Court Judge, because he consented to the jurisdiction of a Magistrate Judge. "If the statutory requirements [of 28 U.S.C. § 636(c)] are met, the final judgment entered by a magistrate is directly appealable to the court of appeals without intervening review by a district judge." Alaniz v. California Processors, Inc., 690 F.2d 717 (9th Cir. 1982). Plaintiff was informed on the consent forms he signed on February 10, 2010 and May 30, 2012 that "[i]n accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1) . . . to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, *with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed*." (Docs. 8, 25.) (emphasis added) Therefore, Plaintiff may not appeal the Magistrate Judge's order to a District Court Judge, and Plaintiff's motion for reconsideration shall be denied.

### III.  CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration by a District Court Judge of the Magistrate Judge's order granting Defendants' motion for summary judgment is DENIED.
IT IS SO ORDERED.

Dated:   **January 6, 2014**                        **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE